CARRIE ROBINSON, Respondent, *v.* CRUIKSHANK HOLDING CORPORATION, Appellant, Impleaded with Another.

Submitted December 2, 1936; decided December 31, 1936.

*David M. Engelson* and *Hyman M. Resnick* for appellant.
*Harry E. Kreindler* and *Philip A. Levey* for respondent.
Judgment affirmed, with costs; no opinion.
Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN and FINCH, JJ. Dissenting: HUBBS and CROUCH, JJ.